**Thomas Le'Roy HENNAGAN, Jr., Plaintiff—Appellant,**

v.

**Brian T. MALLORY; et al., Defendants—Appellees.**

No. 01–17441.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2002 *.

Decided Aug. 16, 2002.

Before: SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM **

California state prisoner Thomas Hennagan, Jr. appeals pro se the magistrate

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Hennagan's request for oral argument is therefore denied.

** This disposition is not appropriate for publi-

judge's order denying his motion for appointment of counsel in his civil rights action brought under 42 U.S.C. § 1983. We dismiss this appeal for lack of jurisdiction because the challenged order is not immediately appealable. *See Serine v. Peterson,* 989 F.2d 371, 372–73 (9th Cir.1993) (order) (concluding magistrate judge's order was not appealable because the order could not form the basis of a final judgment without subsequent intervention by the district court); *Kuster v. Block,* 773 F.2d 1048, 1049 (9th Cir.1985) (holding that denial of counsel in section 1983 action is not immediately appealable).

All pending motions are denied as moot.

**DISMISSED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.